# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CURTIS CLINTON,

    Plaintiff,

v.                                      CASE NO. 5:17cv286-MCR-GRJ

C. COPELAND, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 11, 2018, ECF No. 6, recommending that this case be dismissed without prejudice as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b), thereby operating as a "strike" pursuant to 28 U.S.C. § 1915(g). Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b).

3. The **Clerk** is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** this 9th day of February 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**